IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3053 |
| | ) | |
| v. | ) | |
| | ) | |
| AARON WILLIAM POLK, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) Based on the representations of counsel for the parties, defendant Polk's motions to compel, (filing no. 76), and for a copy of a hard drive, (filing no. 77), are denied as moot.

2) Although the defendant now has the ability to review the government's discovery, he needs additional time to actually review this information and determine if pretrial motions are warranted. At the defendant's request, the pretrial motion deadline is therefore extended to June 20, 2011.

3) The ends of justice served by granting defendant's request to extend the pretrial motion deadline outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the request, the time between May 13, 2011 and June 20, 2011, shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, for the reason that the parties require additional time to adequately prepare the case, taking into consideration due diligence of counsel, the novelty and complexity of the case, and the fact that the failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(A) & (B).

4) Trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on July 18, 2011 or as soon thereafter as the case may be called, for a duration of 5 trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial.

May 13, 2011

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge