IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3053 |
| | ) | |
| v. | ) | |
| | ) | |
| AARON WILLIAM POLK, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

The defendant's child has recently been hospitalized and the defendant has been unable to consult with defense counsel. Accordingly, defense counsel orally moved for a continuance so that he could have adequate time to prepare his client for trial. In addition, defense counsel advises that he just received an offer of a plea agreement and that fact has made the decision regarding a trial more complex. After consultation with the defendant's lawyer and the prosecutor, and with their agreement,

IT IS ORDERED that:

1. Trial of this matter is continued from July 18, 2011 to a date to be set by Judge Zwart. This matter is referred to Judge Zwart.

2. The time between today's date and the trial date set by Judge Zwart is excluded from computation under the Speedy Trial Act in the interests of justice and to allow defense counsel a full opportunity to confer with his client and to prepare his client for a trial or plea. *See*, *e.g.*, 18 U.S.C. § 3161(h)(7)(A)&(B).

DATED this 14th day of July, 2011.

BY THE COURT:

*Richard G. Kopf*
United States District Judge