IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:10CR3053-2 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| AARON WILLIAM POLK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On July 25, 2016, the court received a letter from Defendant requesting "Compassionate Release."

IT IS ORDERED:

1. The Clerk of Court shall file the attached letter as a Motion for Compassionate Release;

2. The Federal Public Defender is appointed to represent Defendant in this matter;

3. The Clerk of Court shall send a copy of this order to Kelly Nelson, Supervising USPO, who is requested to provide a report to counsel and the court regarding Defendant's request on or before August 15, 2016.

4. Counsel for the government and the Federal Public Defender shall file a brief on or before August 26, 2016, regarding Defendant's motion;

DATED this 26th day of July, 2016.

BY THE COURT:
s/ *Richard G. Kopf*
Senior United States District Judge