IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:10CR3053-2 |
| v. | ) | |
| AARON WILLIAM POLK, | ) | ORDER |
| Defendant. | ) | |

I have carefully considered the submissions of Mr. Polk, the Assistant Federal Public Defender, and the Assistant United States Attorney. Regrettably, I conclude that I cannot grant Mr. Polk the relief he seeks. First, and among other reasons, Mr. Polk's health condition is not, based upon the record before me, sufficient to warrant compassionate release. Second, I do not believe that I have jurisdiction to grant Mr. Polk relief based upon a recomputation of good time credit. And in any event, it does not appear that the good time credit provision of the First Step Act has been implemented. Therefore,

IT IS ORDERED that the motion for compassionate release and recomputation of good time credit (filing no. 236) is denied. The motion to restrict (filing no. 239) is granted.

DATED this 12th day of March, 2019.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge